In the Matter of EDWIN J. PENNEFATHER, an Attorney, Respondent.

First Department, May 4, 1934.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. Report of referee confirmed and proceeding dismissed for the reasons stated in the report of the referee.

Present — FINCH, P. J., MARTIN, O'MALLEY, TOWNLEY and GLENNON, JJ.

Proceeding dismissed.